# **JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN METCALF, an individual; TASCA SNOW, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | CASE NO. 2:23-cv-10746-JLS (SSC) <br><br> Los Angeles Superior Court Case No. 23STCV28578 <br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT (Doc. 13)** |

Pursuant to the stipulation (Doc. 13) between Plaintiffs Darren Metcalf and Tasca Snow ("Plaintiffs") and Defendants Johnson & Johnson and LTL Management LLC ("J&J Defendants"), and for good cause showing, it is hereby ordered that:

1. This action, originally filed in Los Angeles County Superior Court, as Case No. 23STCV28578, is REMANDED to the Superior Court of California, County of Los Angeles for all further proceedings;

2. All deadlines, dates, and events presently on calendar in this Court are vacated; and

3. Each party is to bear its own attorneys' fees and costs associated with the removal and remand of this matter.

IT IS SO ORDERED.

DATED: January 16, 2024

                                                                               
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE